February 10 -2021

I address from Colombia the judge. How are you? I have the pleasure of writing you this letter. I am Miriam, the wife of Danilo Alfonso, he has been a good father, good husband. he is a humble, sincere, hard-working person. he has suffered greatly in life we have struggled financially, we have an autistic son. we have to do everything for him he is a special child we are going through great hunger because since I have to take care of the child I cannot work and I do not have any family nearby to help me. The facts that occurred regarding Danilo was done at a moment of desperation, stress, which led him to act that way, he has always been a calm person who thinks before acting, but due to the circumstances explained already that we were experiencing he made that decision. He always would go out and search diligently the daily [bread] and one day he left without saying a word and he did not come back again, that is why I ask you madame judge, from the bottom of my heart to release him since my son and I need him. I bid farewell.

Attentively: Miriam
Cell: 320 544 5487