Madame Judge

Coordial greeting

I am Maritza chaverra Valoys a neighbor of Mr. [illegible]

The gentleman (Danilo Taborda) is characterized for being a kind person, responsible and a hard-working father of two children the younger male child is special for which reason he was very stressed when he did not have enough food to give him [and] his children. he is a very good neighbor no one on the block has complaints against him

I bid farewell from Colombia a resident that appreciates you very much

Attentively

Maritza Chaverra Valoys

Cell. 3218563000