# CERTIFICATION OF TRANSLATION

I, Dyalma L. Ocasio, an interpreter of Spanish certified by the Administrative Office of the Courts in Washington, D.C., and bearer of Certificate Number 00-052 issued by said Office, hereby swear that the translation into English of the letter by Maritza Chaverra Valoys on behalf of Danilo Alfonso Taborda is true and correct to the best of my ability.

_____

Dyalma L. Ocasio
9918 Timmons RD.
Thonotosassa, FL  33592
813-293-4660