APARTADO, ANTIOQUIA. TUESDAY 9TH OF FEBRUARY-2021

To whom it may concern, I Fabian Enrique medina, recently [residing] in apartado Antioquia, friend and more than a brother of Mr., Danilo Alfonso taborda, manifest to you your honor that I have known Danilo for more than 20 years, an honest, hard-working person, being responsible for his home where he has a wife and children that he answers for.

Given that since last year he lost his job because of the pandemic, and in spite of having a disabled son who is listed on the database he has never received any help from our government which has abandoned him.

I ask you your honor to release him so that he can be with his family and look after the sustenance of his children since we all have the right to be free. due to anguish, stress and despair among other things, and a family asking him for food led him to commit mistakes where bad people take advantage of the situation that one is experiencing to offer help where they tell you that your family will not fail to have food and they end up deceived going through shameful things such as what he is experiencing now, that is why your honor I ask you to give him a chance since we are all human beings and we make mistakes and we have the right to forgiveness and to be forgiven.

Help us your honor since Danilo's family and friends need him now more than ever.

In your hands I place my faith that you will help us with this most shameful episode we're experiencing, the gentleman is a good father, good husband, good brother, good friend. etc.

The gentleman is not a bad example to society.

Thank you very much for listening to us.

Favio Enrique Medina

<u>Favio E. Medina</u>
[Handwritten]