# RICARDO JAIRO LOPEZ LOPEZ
MEDICAL RECORD NO: 3092
Street 14 No. 99A-65
Across from the Catholic Church
Tel: 827 23 85 - 827 45 93 - 827 44 62
ricardolovale@hotmail.com
Turbo, antioquia

**A-IDENTIFICATION**

EVOLUTION
FOLIO NO.
CLINICAL HISTORY

| Taborda | Usuga | Jaider | Estiven | 1045488449 |
|---|---|---|---|---|
| First Last Name | Second Last Name | Names | | |

| AGE | | | SEX | | Out-Patient Consultation | |
|---|---|---|---|---|---|---|
| 16 | | | F ☒ | M ☐ | Service    Hall or room    [Illegible] |

3205445487

**B. CODE**

1. Information given by the patient
2. Vital signs
3. Most significant findings
4. Complications
5. Presumptive diagnosis
6. Definitive diagnosis
7. Treatment
8. Treatment results
9. Change in patient management
10. Observations
11. Signature and code of the service provider

DATE
DAY MONTH YEAR         D E T A I L S
08    02    21

Male of 16 years, resident of barrio el bosque. Product of a second pregnancy birth without complications at the age of 3 months he is diagnosed with moderate cognitive delay, currently under the charge of his mother upon whom he depends for his ABC[1].

Currently [illegible], does not speak at home but undertakes some activities normally does not interact with people whom he does not know.

Does not have any personal history of surgeries or allergies, no recent hospitalizations.

Male of 16 years with mental retardation, currently without any follow ups by specialists.

[Illegible]

7028005794

---

[1] ABC-Refers to all the child's needs